```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA

          - against -

CARLOS TORRES,

               Defendant.
-----------------------------------X
```
                                                    **ORDER**

                                          04 Cr. 492-1 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on July 19, 2005, defendant pleaded guilty to conspiring to distribute and possession with intent to distribute heroin, for which the Court sentenced defendant to 151 months' imprisonment and a five-year term of supervised release; and

WHEREAS, on June 21, 2017, defendant violated the terms of his supervised release by possessing a firearm; and

WHEREAS defendant was separately charged with a violating 18 U.S.C. § 922(g)(1) for being a felon in possession of a firearm arising from the same incident, see U.S. v. Torres, 17 Crim. 444 (S.D.N.Y.) (RMB); and

WHEREAS, on November 29, 2017, defendant pleaded guilty in U.S. v. Torres, 17 Crim. 444 (S.D.N.Y.) (RMB) to violating 18 U.S.C. § 922(g)(1), for which Judge Berman sentenced him to 68 months' imprisonment and a three-year term of supervised release; and

WHEREAS, on June 6, 2019, the Court sentenced defendant to one year of imprisonment to run concurrently with the sentence imposed in U.S. v. Torres, 17 Crim. 444 (S.D.N.Y.) (RMB); and

WHEREAS, on January 7, 2021, defendant filed a motion under 18 U.S.C. § 3582(c)(1)(A)(i) requesting that the Court reduce his sentence to time served or to recommend home confinement (ECF No. 133); and

WHEREAS, the one-year term of imprisonment imposed on defendant by the Court for violating the terms of his supervised release has been served; it is hereby

**ORDERED** that defendant's motion is DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 133.

**SO ORDERED.**

Dated:   New York, New York
         January 28, 2021

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing has been mailed to:

     Carlos Torres, ID No. 58396-054
     FCI SCHUYKILL
     FEDERAL CORRECTIONAL INSTITUTION
     P.O. BOX 759
     MINERSVILLE, PA  17954